IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

In re
UNITED STATES OF AMERICA

                      Plaintiffs,

                                                Docket No. 3:22CR303

vs.

ADRIAN TAYLOR

                      Defendant.

## **UNOPPOSED MOTION TO CONTINUE DOCKET CALL**

NOW COMES Defendant, through undersigned counsel, and moves this Court to continue this matter which is currently scheduled for trial during the March Trial Term. Counsel makes this motion based on a need for additional time to review discovery, and discuss its contents with Defendant. In support of the motion Defendant shows as follows:

1. Defendant made his initial appearance on December 19, 2022, and was arraigned on December 22, 2022. Because the case would be scheduled for a docket call 11 days later, the magistrate Court allowed an oral motion to continue, and the matter was continued until March 6, 2023.
2. The discovery is significant, and contains forensic reports, interviews, and other evidence. The Defense believes that an additional continuance is warranted in order to adequately review the evidence and intelligently discuss its contents with Mr. Taylor.
3. That Mr. Taylor is no longer in custody as he was released to house arrest.
4. That the Government has no objection to Defendant's request for a continuance.

Wherefore, Defendant requests that the Court continue this matter until its May trial term.

Respectfully submitted this 15th day of February, 2023.

>
> **s/Rob Heroy**
> Attorney for Defendant
> Goodman Carr, PLLC
> 301 S. McDowell St., #602
> Charlotte, NC 28204
> (704) 372-2770
> rheroy@goodmancarr.net

## CERTIFICATE OF SERVICE

I, Rob Heroy certify that on February 16, 2023, I filed the Defendant's Motion to Continue with the Clerk of the Court for the United States District Court for the Western District of North Carolina by using the CM/ECF system which will send notification to all other parties.

                                        **s/Rob Heroy**
                                        Rob Heroy
                                        Attorney for Defendant
                                        Goodman Carr, PLLC
                                        301 S. McDowell St., #602
                                        Charlotte, NC 28204
                                        (704) 372-2770
                                        rheroy@goodmancarr.net